UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 18-cv-02985

AUSTIN BOROZNY, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

MARIA LENART as Trustee for the
LENART FAMILY TRUST
dba GULFVIEW HOTEL,

    Defendant.
_____/

**NOTICE OF FILING PLAINTIFF'S AUSTIN BOROZNY ANSWERS TO COURT'S INTERROGATORIES**

                        **The Advocacy Group**
                        *Counsel for Plaintiff*
                        200 S.E. 6th Street, Suite 504
                        Fort Lauderdale, FL 33301
                        Telephone: (954) 282-1858
                        Email: service@advocacypa.com

                        */s/ Jessica L. Kerr*
                        Jessica L. Kerr, Esq.
                        Florida Bar No. 92810

**CERTIFICATE OF SERVICE**

      I certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

                        */s/ Jessica L. Kerr*
                        Jessica L. Kerr, Esq.
                        Florida Bar No. 92810

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 18-cv-02985

AUSTIN BOROZNY, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

MARIA LENART as Trustee for the
LENART FAMILY TRUST
dba GULFVIEW HOTEL,

    Defendant.
_____/

## PLAINTIFF'S  AUSTIN BOROZNY ANSWERS TO COURT'S INTERROGATORIES

1. Residence address.

    907 5th St., Unit 1, West Palm Beach, FL 33401

2. Name of current employer and place of employment.

    Currently unemployed due to downsizing at prior employer's business which is not operating at this time. The employer is attempting to restart the business or another similar business and I hope to begin working again.

3. Date(s) and time(s) that you visited the facility.

    I did not visit the facility because I was not able to make a reservation due the lack of information regarding accessibility at the hotel on the reservation system.

4. Purpose of your visit(s) and duration of your stay(s).

To visit the area as I am looking to relocate. I was unable to make the trip during the intended time frame due to illness of my mother. I plan to stay for 3 to 7 days. I am still looking for a place to move to.

5. Did anyone else accompany you? If so, who?

No. I have not made the trip yet but I plan to do so within the next 6 months.

6. Describe the nature of your disability.

I was diagnosed with Spinal Muscular Atrophy since birth. I am 100% wheelchair bound. I am unable to lift as little as two pounds of weight. Walking, pinching, grasping, reaching are all tasks I am unable to do.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

My complaints are not about architectural barriers per se. I desired to make a reservation and Defendant's hotel, but because there was no information provided as to the accessibility features of the hotel or room, I was unable to determine if I would have sufficient access at the hotel.

Also, there was no way to reserve an accessible room provided through the reservation system. When viewing the website I noticed that I was required to call to ask for details for the room and hotel accessibility, such as bed height, bathroom accessibility, pathway and parking

accessibility, and accessibility amenities available at the hotel.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

Objection the only contemporaneous record of the barriers consists of privileged communication to my attorney regarding the barriers to access of the reservation system.

9. Please list any other Title III cases in which you have been a party in this District.

I have lawsuits against the following hotels for the same reservation barriers to access: Bamboo Beach Club, Seaside Inn & Suites, Quality Beach Resort, Gulfview Hotel, Royal North Hotel, Coconut Cove Suites, Spinnaker Inn, Oceanview Lodge, Shephard's Beach Resort, Gulfview Lodging, Palm Pavilion Inn, Avalon Hotel, Hollander Hotel and Clearwater Beach Hotel.